06-454-M-01

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs. LEE, EDMOND A  *Defendant* | Violation Notice Number(s) N0429356 MY54 DRIVE W/SUSPENDED LIC | Violation Date(s) 06/16/2006 |
|---|---|---|

06-3382M    FTA 8/23/06

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

**FILED OCT 23 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

RECEIVED 2006 AUG 29 U.S. MARSHAL BALTIMORE MD

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ ____**MUST APPEAR**____ may be Forfeited in Lieu of Appearance.

Date 8/24/2006

_Thomas M. DiGirolamo_
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

## RETURN

| RECEIVED | DATE 10-22-06 | LOCATION WDC |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 10-22-06 | LOCATION |
|---|---|---|

Name DAVID BALDWIN    Title SDUSM    District 016/DC
Date 10-22-06    Signature David Baldwin

06-454-M-01

# UNITED STATES DISTRICT COURT
## District of Maryland

UNITED STATES OF AMERICA

v.

CRIMINAL COMPLAINT

EDMOND LEE

**FILED**

CASE NUMBER 06-3382M

DOB
SSN

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about June 16, 2006, in Prince George's County, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, defendant did, knowingly, willfully and intentionally

1. drive a vehicle on a highway and on private property used by the public in general while his privilege to drive was suspended, in violation of 18 U.S.C. § 13 and §16-303 of the Maryland Transportation Article.
2. drive a vehicle on a highway and on private property used by the public in general without a license, in violation of 18 U.S.C. § 13 and § 16-101 of the Maryland Transportation Article.

I hereby certify that I am a federal police officer, and that the facts upon which this complaint is based are as follows:

CPL Simms ~~TOLD ME~~ MS HE: TMS

On June 16, 2006, ~~I~~ was working at the visitor's gate at the National Maritime Intelligence Center, located on lands within the special maritime and territorial jurisdiction of the United States in Suitland, Maryland. The defendant drove up to the gate and ~~told me~~ he wanted to enter the property. ~~I~~ asked him for his driver's license. He said he did not have it with him. ~~I~~ CPL SIMMS MAS TMS ran a check of the defendant's license status, which came back as suspended. Since then, I have confirmed that the Maryland Motor Vehicle Administration has suspended his privilege to drive and that he does not have a driver's license in Maryland.

CPL. SIMMS ADVISED ME
OF THE SITUATION - MBS
TMS

CR. Matthew Sheldon #301
~~Officer B. Simms~~, ONI Police, 301-669-5555
CPL. M. SHELDON

Sworn to before me and subscribed in my presence,

8-23-06 _____ at Hyattsville, Maryland
Date

United States Magistrate Judge
United States District Court

_____
Signature of Judicial Officer

# United States District Court
## Violation Notice

| | | | |
|---|---|---|---|
| CVB Location Code | MSTF | | |
| Violation Number | Officer Name (Print) | Officer No. |
| N 0429356 | Sinass | 349 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 06/14/2006 16:30 | 16-303(c) |

Place of Offense: 4251 Sullivan Rd. Washington D.C. 20335

Offense Description: Driving on suspended license & permit.

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| LEE | Edmond | A |

Street Address: (handwritten)

Driver's License No: (handwritten) | State: DC | D.L. Exp: 93 | Social Security No: (handwritten) | DOB: 4/24/1963 | ☐ Male ☐ Female | Ht: 6L | Wt: 174 | Eyes: BR | Hair: BK

### VEHICLE DESCRIPTION
| Tag No | State | Year | Make | Model | Color |
|---|---|---|---|---|---|
| | DC | 93 | FORD | | BLUE |

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

PAY THIS AMOUNT →
$ _____ Forfeiture Amount
+$25 Processing Fee
$ _____ Total Collateral Due

YOUR COURT DATE
Court Address: _____
Date (mm/dd/yyyy): _____ Time (hh:mm): _____

X Defendant Signature (signed)

Original - CVB Copy

N 0429356

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Jun 14, 2006 while exercising my duties as a law enforcement officer in the ___ District of Maryland

(handwritten narrative describing observation of defendant Edmond Lee driving, stop, license check revealing suspended license, etc.)

The foregoing statement is based upon
☑ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 06/16/2006 Officer's Signature (signed)

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

CVB Scan 6/28/2006 11:55:22