# WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>EDMOND A. LEE<br><br>DOB:         PDID# | DOCKET NO:          MAGIS. NO: 06-454M<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**FILED**<br>DEC 21 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**WARRANT ISSUED ON THE BASIS OF:**
- [x] Order of Court
- [ ] Information
- [ ] Indictment
- [ ] Complaint

**DISTRICT OF ARREST**

**CITY**

**TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Failed to report to the District of Maryland on charges; driving while suspended.

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18 USC 13 AND 16-303

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| NO BOND | |

| ORDERED BY: | JUDGE/MAGISTRATE JUDGE | DATE ISSUED: |
|---|---|---|
| MAG. JUDGE DEBORAH A. ROBINSON | DEBORAH A. ROBINSON, U.S. MAGISTRATE JUDGE | 10/26/06 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | [signature] | 10/26/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-26-06 | DAVID BALDWIN | David Baldwin |
| DATE EXECUTED 12-21-06 | SDUSM | |

1210307