**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 12/21/06



DEC 26 2006

**Nancy Mayer-Whittington**
**Clerk of the Court**

Address of Other Court: United States District Court
                        6550 Cherrywood Lane Ste 200
                        Greenbelt, Md. 20770
                        Re:06MG454 EDMOND A LEE

FILED

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | | Warrant of Removal |
| X | Warrant/Viol Notice | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| x | Other- Blotter dated 12/21/06,10/26/06,10/25/06 & 10/23/06 | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
    Deputy Clerk